**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CARLOS ARTURO RODRIGUEZ MONSERRATTE** | **CASE NO. 1:26-CV-03184 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN RIVER CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], together with objections filed by Petitioner Carlos Arturo Rodriguez Monserratte [Doc. No. 8], and after a *de novo* review of the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Carlos Arturo Rodriguez Monserratte's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 10th day of November, 2026.

Terry A. Doughty
United States District Judge